■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DERRICK JOHNSON, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Appleman, J.), rendered February 15, 1991, convicting him of criminal sale of a controlled substance in the third degree, upon his plea of guilty, and imposing sentence. The appeal brings up for review the denial, after a hearing, of that branch of the defendant's omnibus motion which was to suppress physical evidence.

Ordered that the judgment is affirmed.

The evidence at the *Mapp* hearing established that the police had probable cause to arrest the defendant *(see, e.g., People v Jones,* 186 AD2d 681; *People v Cummings,* 184 AD2d 574; *People v Owens,* 155 AD2d 696; *People v Goggans,* 155 AD2d 689; *People v Bittner,* 97 AD2d 33).

We have examined the defendant's remaining contentions and find them to be without merit. Thompson, J. P., Bracken, Sullivan and Balletta, JJ., concur.